AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

DONALD COLE BURCHETT,

        Plaintiff,

        v.

ROBERT BROMPS, et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-346-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Defendants. The Complaint and the claims therein are Dismissed with prejudice.

| | |
|---|---|
| 11/20/08 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Shirley Peters |
| | *(By) Deputy Clerk* |
| | Shirley Peters |