AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

DONALD COLE BURCHETT,

          Plaintiff,

    v.

ROBERT BROMPS, et al.,

          Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-07-00346-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants' Motion for Summary Judgment is granted insofar as it relates to the Plaintiff's Establishment Clause claim. Judgment is entered in favor of the Defendants, dismissing the Complaint and the claims contained therein with prejudice.

August 6, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson